IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER RAY BEMAN,
ADC #500883                                                                                          PLAINTIFF

V.                              CASE NO. 4:15-CV-698-BRW-BD

ANDREWS, et al.                                                                                      DEFENDANTS

## ORDER

Mr. Beman has moved to voluntarily dismiss the claims he has raised in this lawsuit. (Docket entry #7) The motion (#7) is GRANTED. Mr. Beman's claims are DISMISSED, without prejudice, this 28th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE