# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHRISTOPHER RAY BEMAN,**
**ADC #500883**                                                                                          **PLAINTIFF**

V.                          CASE NO. 4:15-CV-698-BRW-BD

**ANDREWS, et al.**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED, without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 28th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE